UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Chelsea I. B.,                                                File No. 18-cv-2874 (ECT/ECW)

          Plaintiff,

v.                                                            **ORDER ACCEPTING REPORT
                                                              AND RECOMMENDATION**

Andrew Saul, Commissioner of
Social Security,

          Defendant.
_____

      Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation on July 29, 2020.  ECF No. 30.  The Commissioner has filed a response noting no objections to the Report and Recommendation [ECF No. 31], and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

      1.      The Report and Recommendation [ECF No. 30] is **ACCEPTED**;

      2.      Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act [ECF No. 24] is **GRANTED** and Plaintiff is hereby awarded $7,242.00 for reasonable attorneys' fees under the EAJA and $500.00 in costs from the Judgement Fund; and

      3.      In accordance with the EAJA, the fee award and costs are payable to Plaintiff as the litigant and subject to offset to satisfy any preexisting debts that the litigant may owe to the United States.

Dated:  August 18, 2020    s/ Eric C. Tostrud
                            Eric C. Tostrud
                            United States District Court